IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY PENN,

    Plaintiff,                      No. CIV S-06-0953 DFL DAD P

    vs.

CORRECTIONAL OFFICER DAVID, et al.,

    Defendants.          ORDER

/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an incomplete application to proceed in forma pauperis.

        Plaintiff is confined in California State Prison - Corcoran, and his complaint alleges violations of his civil rights by defendants employed at California State Prison - Corcoran. The alleged violations took place in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d). A civil action which has not been commenced in the proper division of this court may, on the court's own motion, be transferred to the proper division of the court. See Local Rule 3-120(f). Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

1

1       Good cause appearing, IT IS HEREBY ORDERED that:

2       1. This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4       2. All future filings shall reference the new Fresno case number to be assigned to

5 the case and shall be filed at:

6       United States District Court
      Eastern District of California
7       2500 Tulare Street
      Fresno, CA 93721

9 DATED: May 30, 2006.

          _____
          DALE A. DROZD
          UNITED STATES MAGISTRATE JUDGE

14 DAD:13:bb
penn0953.22